UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL LOU GARRETT, )<br>)<br>Petitioner, )<br>) <br>VS. )<br>)<br>DOUGLAS DRETKE, Director, Texas )<br>Department of Criminal Justice, )<br>Correctional Institutions Division, )<br>ET AL., )<br>)<br>Respondents. ) | MISCELLANEOUS NO.<br><br>3:05-MC-0110-G |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions, and recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

November 15, 2005.

_____
A. JOE FISH
CHIEF JUDGE